82,255 01H-14-15

Dear mr Abel Acosta

I want to know why I haven't heard nothing from you about my case. I got the white card that says that my case is processed to court and that's all I have. I have I haven't heard nothing else from you or the court. It has been a year and a couple of months since I filed. I am just worried about my case. All I am asking is IF you know anything or iF they are working on it please write me back and thank you - GOd Bless

name is Oran perryman 1861368

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk